## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**PRIDE OF ALGIERS #102**                                    **CIVIL ACTION**

**VERSUS**                                                            **NO. 22-2514**

**WILSHERE INSURANCE CO.**                          **SECTION: "G"(5)**

## <u>ORDER</u>

Considering the parties' "Joint Motion to Dismiss,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's claims in the above captioned matter are

**DISMISSED WITH PREJUDICE,** with each party to bear their own costs.

**NEW ORLEANS, LOUISIANA** this  _25th_  day of May, 2023.


**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 15.